rari denied. *Harlan L. Hackbert* for petitioner. *Joseph D. Ryan* and *Louis P. Miller* for respondent.

No. 697. GENERAL ARMATURE & MANUFACTURING Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *Marvin C. Wahl* and *Blanche Genauer Wahl* for petitioner. *Solicitor General Perlman, George J. Bott, David P. Findling, Mozart G. Ratner, Dominick L. Manoli* and *Thomas F. Maher* for respondent.

No. 699. IMBODEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *Stanley U. Robinson, Jr.* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 711. AMERICAN CRYSTAL SUGAR Co. *v.* MANDEVILLE ISLAND FARMS, INC. ET AL. C. A. 9th Cir. Certiorari denied. *Louis W. Myers* and *Pierce Works* for petitioner. *Stanley M. Arndt* and *Guy Richards Crump* for respondents.

No. 715. CALIFORNIA PAVING Co. ET AL. *v.* SMITH ET AL. C. A. 9th Cir. Certiorari denied. *Arthur P. Shapro* and *August B. Rothschild* for petitioners. *M. Mitchell Bourquin* for respondents.

No. 723. KIMMELL ET AL. *v.* WHITE. C. A. 9th Cir. Certiorari denied. *Ford W. Harris* for petitioner. *Fred H. Schauer* for respondent.